IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-54-D

| | |
|---|---|
| ALTON BRYANT, | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
|  Commissioner of | ) |
|  Social Security | ) |
| | ) |
|       Defendant. | ) |

This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that he did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g).

SO ORDERED this 27 day of June, 2011.

JUDGE JAMES DEVER III
UNITED STATES DISTRICT JUDGE