UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ALTON BRYANT, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>　　　　　Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:11-CV-54-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in this case in accordance with the decision of the Administrative Law Judge.

**This Judgment Filed and Entered on July 11, 2018, and Copies To:**
Daniel R. Lauffer　　　　　　　　　　　　　　(via CM/ECF electronic notification)
Eskunder R.T. Boyd　　　　　　　　　　　　　(via CM/ECF electronic notification)
Keeya M. Jeffrey　　　　　　　　　　　　　　(via CM/ECF electronic notification)


DATE:　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
July 11, 2018　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk